DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WHITNEY RASHAD NEWSOME,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2356

————————————————

November 26, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha Lee Ward, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.